**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **In Proceedings** |
| **RONALD AND SHEILA GUNTHER,** | ) | **Under Chapter 13** |
| **Debtors.** | ) | **Case #:   12-41548** |

## SUGGESTION OF DEATH

   **NOW COMES** Bradley Olson and hereby respectfully gives notice that Debtor, Ronald Gunther, died on January 19, 2014. Co-Debtor, Sheila Gunther, wishes to proceed with the aforementioned case.

          Respectfully Submitted,


          /s/ Bradley Olson
          Bradley P. Olson, Attorney for Debtor


**BRADLEY P. OLSON**
**Attorney at Law**
**101 E. DeYoung**
**Marion, IL 62959**
**(618) 997-5262**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing, was served upon the following:

Bob Kearney

U.S. Trustee
401 Main
Suite 1100
Peoria, IL. 61602

All creditors listed on Debtor's matrix who are served electronically

on the 27th day of January, 2014 by electronic mail and to

All creditors listed on Debtor's matrix who are not served electronically

on the 27th day of January, 2014, was served upon the above persons participating in electronic filing.

/s/ Lori Walters
Lori Walters